**Order entered August 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00184-CR

**VICTOR RENARD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76504-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 9, 2015, we received appellant's brief, together with an extension motion.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      ADA BROWN
          JUSTICE